## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER SALERNO, M.D., on behalf of himself and all other healthcare providers similarly situated, THE MEDICAL SOCIETY OF NEW JERSEY, on behalf of itself and all persons similarly situated, SALERNO MEDICAL ASSOCIATES, LLP, SENIOR HEALTHCARE OUTREACH PROGRAM, INC., SVETLANA SALERNO, M.D., AMANDA MARINO, M.D., DIANA LARREA, D.O., ANDREA FODOR, N.P., GUETTY GABAUD, N.P., BELA LASCHIVER, N.P, AIDA RAMOS, F.N.P., MARYELLEN ROBERTS, N.P., RAKESH K. SAHNI, M.D., ELIZABETH D. EVANS, D.O., KUANG-YIAO HSIEH, M.D., JOHN H. RUNDBACK, M.D., KEVIN HERMAN, M.D., ROEL P. GALOPE, D.O, VICTORIA A. HOWELL, N.P., MARIELA PABON, R.D., NILAY R. SHAH, M.D., SM MEDICAL LLC, RAMEZ W. SAMUEL, M.D., MOUNIR ABDELSHAHID, M.D., CATALINA DELACRUZ, M.D., PEDIATRICS AND ADOLESCENT SAINT MARY CLINIC, LLC, and INAS WASSEF, M.D.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., UNITEDHEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE COMMUNITY PLAN, INC., AMERICHOICE CORP., AMERICHOICE OF NEW JERSEY, INC., RIVERSIDE MEDICAL MANAGEMENT, LLC, OPTUM, INC., OPTUM CARE, INC., and JOHN DOES 1-20,<br><br>　　　　Defendants. | Civ. No. 2:19-cv-18130-KM-JBC |

## ORDER

On September 19, 2019, Plaintiffs filed a complaint and applied for a temporary injunction.

ECF No. 1. The next day, the Court issued an Order to Show Cause why Defendants "should not

be preliminarily enjoined and restrained from: (A) terminating Providers' [defined as the plaintiffs listed in the original Complaint] participation in the plan [of Defendant Unitedhealthcare Community Plan, Inc. (the "**Plan**")]; (B) notifying patients that Providers are or will be terminated and/or that they are not, or will not be, participating as Providers under the Plan; (C) removing Providers' information from any of Defendants' marketing materials and from notifying patients that they are not accepting new patients under the Plan; and (D) treating Providers differently from other providers with regard to UHC's directories for the Plan." ECF No. 3. Defendants opposed Plaintiffs' application on October 1 (ECF No. 4), ~~and o~~n October 2, 2019 Plaintiffs filed an Amended Verified Complaint adding Plaintiff the Medical Society of New Jersey ("**MSNJ**") as an additional plaintiff. ECF No. 16. Plaintiffs filed additional affidavits relating only to the The Court having heard oral argument on October 4, 2019 and for the reasons placed on the record and for other good cause having been originally named plaintiffs (DE 17) shown, the Court orders that:

1. Plaintiffs' claims in this case are referred to arbitration with the American Arbitration Association (AAA) for an initial determination of arbitrability;

2. Defendants are enjoined and restrained from taking any action to not renew any Providers, defined as the plaintiffs in the original Complaint, until Nov. 4, 2019, ~~under the Plan for thirty (30) days from October 4, 2019~~ to enable Plaintiffs the opportunity to file an arbitration or arbitrations and to obtain a ruling concerning arbitrability referenced in paragraph 1 above;

3. For those Providers as defined above ~~whose network participation is set to end on or after October 4, 2019, as well as for Plaintiffs Maryellen Roberts, N.P., and Amanda Marino, M.D.~~, Defendants shall immediately remove from any of their online and any other directories or other listings any notation that Providers are not accepting new patients or that their network participation is ending and/or not being renewed; and

4. The clerk shall STAY and ADMINISTRATIVELY TERMINATE this action WITHOUT PREJUDICE to reopening if and when any claims therein are found not to be arbitrable.

5. Any parties not covered by this Order may opt to file or join in a claim in arbitration as quickly as they wish; their rights are not affected or their remedies delayed by this Order.

_____
KEVIN MCNULTY
United States District Judge